**ORIGINAL**
**E-FILE WITH CLERK'S OFFICE**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
**Eastern District of Washington**

MELANIE FRENCH,

_Plaintiff_

v.

LINCOLN HOSPITAL DISTRICT NO. 3,

_Defendant_

Civil Action No. CV-10-259-EFS

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

LINCOLN HOSPITAL DISTRICT NO. 3
10 Nichols St.
Davenport WA 99122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William Edelblute Attorney for Plaintiff, 300 N Argonne Ste 203, Spokane Valley WA 99212-2839.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the compliant. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 13 2010

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lincoln Hospital District No. 3

was received by me on *(date)* 8/13/2010.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tom Martin, Administrator, who is designated by law to accept service of process on behalf of *(name of organization)* Lincoln Hospital District No. 3 at 10 Nichols St., Davenport, WA on *(date)* 8/19/2010, 12:35 p.m.; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ 4.00 for travel and $ 35.00 for services, for a total of $ 39.00.

I declare under penalty of perjury that this information is true.

Date: 8/20/2010

Sgt. Don Reed
*Server's signature*

Don Reed, Sergeant
*Printed name and title*
by Kathy J. W[ilcox]
Kathy J. Wilcox, Chief Civil Deputy

Lincoln County Sheriff's Office
404 Sinclair St.
PO Box 367
Davenport, WA 99122
*Server's address*

Additional information regarding attempted service, etc: